# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1674.    KENYETTA WILLIAMS v. ARTIST SQUARE AT CASTLEBERRY HILL, INC.**

This case was docketed on June 14, 2024, and the Appellant's brief and enumerations of error were due on July 5, 2024.[1] Because Appellant has failed to timely file a brief by that date, we hereby **DISMISS** the appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/12/2024

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See Court of Appeals Rule 23 (a).